# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  
Carrie L Shoppell Inc  
dba Kentucky Fried Chicken Wood River  

    Debtor(s)

SSN/FIN:  36–4145551

In Proceedings  
Under Chapter 11  

BK 05–33609

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

The chapter 11 case of the above named debtor is closed.

ENTERED: September 29, 2006　　　　　　　　　　　/s/ Kenneth J. Meyers  
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE